# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

JOHNATHAN ALLEN
*Petitioner*

v.  Case No. _____
(Supplied by Clerk of Court)

BRIAN ELLER, Warden
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Johnathan Allen
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Northeast Correctional Complex
   (b) Address: 5249 Highway 67 West, P.O. Box 5000, Mountain City, TN 37683
   (c) Your identification number: 00642084
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Lincoln County Circuit Court of Fayetteville, TN
   (b) Docket number of criminal case: 22CR18
   (c) Date of sentencing: 9/6/2022
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☐ Pretrial detention
   - ☐ Immigration detention
   - ☐ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   - ☐ Disciplinary proceedings
   - ☒ Other *(explain)*: In custody in violation of the Constitution and Statutory requirements. Petitioner has a Liberty Right to release on his Release Eligibility Date (RED) because he meet the statutory requirements.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Tennessee Board of Parole, Parkway Towers Suite 1300, 404 James Roberston Parkway, Nashville, TN 37243-0850
   (b) Docket number, case number, or opinion number: 22CR18
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Failure to apply Presumption of Parole, once RED was met, along with other crieteria that justifies parole. (XX) Failure to have a timely Parole Hearing.

   (d) Date of the decision or action: 6/12/2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an (administrative remedy)?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Tennessee Board of Parole,

       (2) Date of filing: 7/6/2023  (BOP filed on 7/24/2023)
       (3) Docket number, case number, or opinion number: 22CR18
       (4) Result: Constructive Denial
       (5) Date of result: 11/14/2023
       (6) Issues raised: (1) Failure to adhere to the T.C.A. §40-35-503 Re-Entry Success Act. (2) Failure to adhere to Judgment (3) Failure to follow procedures and statutory requirements of Due Process. (4) Failure to hold a timely parole hearing. (5) Failure to provide a meaningful recommendation for parole. (6) Failure to allow Plaintiff to provide evidence in support of Parole.

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes  ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal:
   Exhausted the Appeal Process

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes  ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal:

Exhausted the appeal process.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      XX☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____
_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes          xx☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____
    _____
    _____
    _____
    _____
    _____
    _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE**: Did Petitioner have a Statutory Presumption of Parole upon reaching his Release Eligibility Date (RED)?

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner was held a year past his RED date. Which is the date he was presumed to be released on Parole as long as his offense was non-violent and he was Low Risk. From the time that Petitioner was sentenced he was due to be released on Parole by T.C.A. § 40-35-503(i)(1).

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** Did Board of Parole (BOP) violate Petitioner's right to Due Process and his Liberty Rights by denying Parole?

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

By Statue Petitioner had a right to a presumption of Parole. Did the BOP violate the Liberty Rights of Petitioner by not adhereing to their rules and State Guidelines.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** Did Board Of Parole (BOP) violate Petitioner's Judgment from the Circuit Court of Fayetteville, TN by denying Parole?

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner asserts that the BOP violated the Judgment because the hearing that was held was not timely. It was a year past Petitioner's RED date. Furthermore the Judge was to be served 4 1/2 years at %30 percent minus any applicable credits. The respondent's did not adhere to the judgment.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:** _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: NO... All claims/grounds have been exhausted. If this matter is not heard promptly then it will be constructively denied, due to a hear set for June 2024 and the amount of time it takes to be placed on docket. Along with the scheduleing of witnesses and production of evidence.

### Request for Relief

15. State exactly what you want the court to do: (1) To Order the Board Of Parole to release Petitioner immediately to parole (2) Order and Injunction to a hearing within 30 days with Petitioner's Risk Level at Low. and/or (3) Provide a combination of the above and/or provide relief as possible as deemed by the Courts.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

11-20-2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11-20-2023

Johnathan Allen /s/ J. Allen
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*